# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry R. Lemley,<br><br>             Plaintiff,<br><br>v.<br><br>Graham, County of, et al.,<br><br>             Defendants. | No. CV-13-01221-TUC-RM<br><br>**ORDER** |

Plaintiff Terry R. Lemley filed a Motion to Dismiss Case (Doc. 23) with prejudice. Accordingly, good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Case (Doc. 23) is **granted**. Plaintiff's Amended Complaint (Doc. 14) is **dismissed with prejudice**, with each party to bear its own costs and fees. The Clerk of Court is directed to close this case.

Dated this 6th day of February, 2015.

Honorable Rosemary Márquez
United States District Judge